## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DAVID W. SVETE, :

    Plaintiff, : Case No. 3:07cv00197

vs. :

                                               District Judge Walter Herbert Rice

CHERNESKEY HEYMAN & : Magistrate Judge Sharon L. Ovington
KRESS, *et al.*,

                                           :

    Defendants.

                                           :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #69), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 24, 2009 (Doc. #69) is **ADOPTED** in full;

2. Defendants' Motion For Summary Judgment (Doc. #54) is GRANTED;

3. Plaintiff's Motion to Compel (Doc. #62) and Plaintiff's Pro Se Motion For Continuance Pursuant To Rule 56(f) (Doc. #65) are DENIED;

4. Plaintiff's Motion For Ruling On Two Motions Pending Before The Court (Doc. #60) is DENIED as moot;

5. Plaintiff's Motion For The Court To Direct United States Marshals To Serve Remaining Unserved Defendants (Doc. #61) is DENIED as moot; and

6. The case is terminated on the docket of this Court.

*Walter Herbert Rice*
Walter Herbert Rice
United States District Judge